UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAYCI LYNN BRUMFIELD,<br><br>                     Plaintiff,<br><br>    v.<br><br>CAROLYN W. CAROLYN, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No. C13-148-TSZ<br><br>**ORDER AFFIRMING THE COMMISSIONER** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections thereto, and Defendant's response, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 23rd day of October, 2013.

                                                         /s/ Thomas S. Zilly<br>
                                                         THOMAS S. ZILLY<br>
                                                         United States District Judge